JOHN K. FLOCK ESQ. (SBN 200183)
THARPE & HOWELL, LLP
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, California 91403
(818) 205-9955; (818) 205-9944 fax
Email: jflock@tharpe-howell.com

Attorneys for Defendant,
COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYUNG HEE HUR, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 to 50, Inclusive,<br><br>  Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |

TO THE CLERK OF THE ABOVE-ENTILTED COURT:

PLEASE TAKE NOTICE THAT Defendant, Costco Wholesale Corporation ("Defendant") hereby removes this action from the Superior Court of the State of California, County of Los Angeles to the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 and sets forth in support of its Notice of Removal of Action the following:

**Complete Diversity Exists**

1.  This Notice of Removal is based in part, upon 28 U.S.C. § 1441(a) that states: "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

2. District courts have original have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different States. 28 U.S.C. § 1332(a)(1).

3. Plaintiff, Kyung Hee Hur is a citizen of the state of California.

4. Defendant, Costco Wholesale Corporation was, at the time of the filing of this action, and still is, a citizen of the state of Washington. Defendant is a Washington corporation with its headquarters and principal place of business in Washington.

5. Therefore, diversity of citizenship exists for purposes of removal of the state court action to this district court.

**Amount in Controversy Exceeds $75,000**

6. Plaintiff's Complaint alleges two causes of action for premises liability and negligence against Defendant. (*See* Plaintiff's Complaint, Case No. 22STCV32886, Superior Court of California, County of Los Angeles, page 1, attached as Exhibit A.)

12. On November 1, 2020, Plaintiff, Kyung Hee Hur alleges she was shopping at defendant's Warehouse located at 13463 Washington Boulevard, Marina Del Rey, California. She contends she slipped and fell on avocado oil. (See Plaintiff's Complaint, Case No. 22STCV32886, Superior Court of California, County of Los Angeles, page 5, attached as Exhibit A.)

13. Plaintiffs alleges that she sustained serious bodily injuries and physical pain and suffering. She further alleges that she sustained general damages, special damages, and personal property damages. (See Plaintiff's Complaint, Case No. 22STCV32886Superior Court of California, County of Los Angeles, page 3, attached as Exhibit A.)

14. On October 11, 2022, plaintiff, Kyung Hee Hur served a Statement of Damages setting forth the following damages:

    Pain, suffering, inconvenience    $100,000.00

    Medical expenses    $17,861.00

(See Statement of Damages, attached as Exhibit B.)

15. Plaintiff's Responses to written discovery put Defendant on notice that the amount in controversy exceeds $75,000.00.

16. Therefore, Plaintiff alleges damages that exceed the minimum amount in controversy requirements for purposes of removal of the state court action to this district court.

**Notice of Removal Is Timely**

17. On October 11, 2022, plaintiff, Kyung Hee Hur served a Statement of Damages setting forth her alleged damages. (Exhibit B.)

18. The 30-day removal period starts to run only upon defendant's receipt of an "amended pleading, motion, order or other paper from which it may first be ascertained that the case is … removable." 28 USC § 1446(b)(3). The removal period commences only when defendant is able "to intelligently ascertain" that plaintiff's claim exceeds $75,000 as the result of a voluntary act on plaintiff's part—e.g., sworn answers to interrogatories. Huffman v. Saul Holdings Ltd. Partnership (10th Cir. 1999) 194 F3d 1072, 1078.

19. This Notice of Removal is being filed within thirty (30) days after Defendant received Plaintiff's Statement of Damages from which it may first be ascertained that the case is removable. 28 U.S.C. § 1446(b).

**Other Requirements for Removal Are Met**

20. Removal of this lawsuit to the United States District Court for the Central District of California is proper as the Superior Court of the State of California, County of Los Angeles, where the action was originally filed, is located in this district.

21. Defendant is simultaneously filing a Notice of Removal to Federal

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

Court with the Superior Court of the State of California, County of Los Angeles, and it has given notice and served this pleading on Plaintiff. (A true and correct copy of the Notice to State Court of Removal to Federal Court filed with the Superior Court is attached hereto as Exhibit C.)

**Demand for Jury Trial**

22. Separate and apart from removal requirements, counsel for Defendant demands a jury trial.

Dated: November 9, 2022

THARPE & HOWELL, LLP

By: _____
JOHN K. FLOCK
Attorneys for Defendant,
COSTCO WHOLESALE CORPORATION

# EXHIBIT A

Case 2:22-cv-08194 Document 1 Filed 11/09/22 Page 6 of 20 Page ID #:6
Electronically FILED by Superior Court of California, County of Los Angeles on 10/06/2022 22STCV32886 Sherri R. Carter, Executive Officer/Clerk of Court, by E. Galicia, Deputy Clerk
Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Michael Whitaker

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* <br> Brad Lee, Esq. [SBN: 221050]; Calvin Park, Esq. [SBN: 330109] <br> BRAD LEE, a Professional Law Corporation <br> 3600 Wilshire Blvd., Suite 2210 <br> Los Angeles, CA 90010 <br> TELEPHONE NO: (213) 384-2448   FAX NO. *(Optional):* (213) 384-7477 <br> E-MAIL ADDRESS *(Optional):* bradleelaw@gmail.com <br> ATTORNEY FOR *(Name):* Plaintiff, KYUNG HEE HUR | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles <br> STREET ADDRESS: 111 N. Hill Street <br> MAILING ADDRESS: 111 N. Hill Street <br> CITY AND ZIP CODE: Los Angeles 90012 <br> BRANCH NAME: Stanley Mosk | |
| PLAINTIFF: KYUNG HEE HUR, an individual <br><br> DEFENDANT: COSTCO WHOLESALE CORPORATION; and <br><br> [✓] DOES 1 TO 50 inclusive | |
| **COMPLAINT—Personal Injury, Property Damage, Wrongful Death** <br> [ ] **AMENDED** *(Number):* <br> **Type** *(check all that apply):* <br> [ ] **MOTOR VEHICLE**   [✓] **OTHER** *(specify):* Negligence & Premises Lia. <br> [ ] Property Damage   [ ] Wrongful Death <br> [✓] Personal Injury   [✓] Other Damages *(specify):* Slip & Fall | |
| **Jurisdiction** *(check all that apply):* <br> [ ] **ACTION IS A LIMITED CIVIL CASE** <br> Amount demanded [ ] does not exceed $10,000 <br> [ ] exceeds $10,000, but does not exceed $25,000 <br> [✓] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)** <br> [ ] **ACTION IS RECLASSIFIED** by this amended complaint <br> [ ] from limited to unlimited <br> [ ] from unlimited to limited | CASE NUMBER: <br><br> 22STCV32886 |

1. Plaintiff *(name or names):* KYUNG HEE HUR, an individual
   alleges causes of action against **defendant** *(name or names):*
   COSTCO WHOLESALE CORPORATION, business entity form unknown; and DOES to 50, inclusive
2. This pleading, including attachments and exhibits, consists of the following number of pages: 6
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use <br> Judicial Council of California <br> PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12 <br> www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| HUR v. COSTCO | |

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): see attachment 5a.
      (1) ☑ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   ☑ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1-25 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 26-50 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: HUR v. COSTCO | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
    a. ☐ Motor Vehicle
    b. ☒ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☒ Premises Liability
    f. ☐ Other *(specify):*

11. Plaintiff has suffered
    a. ☒ wage loss
    b. ☒ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☒ property damage
    f. ☒ loss of earning capacity
    g. ☒ other damage *(specify):*
       Plaintiff requests any other relief that the court deems just and proper.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.
    Stanley Mosk Courthouse at 111 N. Hill St., Los Angeles, CA 90012

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) ☒ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: October 6, 2022

Brad Lee, Esq.
(TYPE OR PRINT NAME)                    ▶  *(signature)*
                                           (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]  **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**  Page 3 of 3

MC-025

| SHORT TITLE: HUR v. COSTCO | CASE NUMBER: |
|---|---|

**ATTACHMENT** *(Number):* 5a

*(This Attachment may be used with any Judicial Council form.)*

Complaint is against Defendant(s):

COSTCO WHOLESALE CORPORATION, business entity form unknown; and DOES 1 to 50, inclusive

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page _____ of _____

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

PLD-PI-001(2)

| SHORT TITLE: HUR v. COSTCO | CASE NUMBER: |
|---|---|

| 1 | CAUSE OF ACTION—General Negligence | Page 5 |
|---|---|---|
| (number) | | |

ATTACHMENT TO [✓] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* KYUNG HEE HUR, an individual

alleges that defendant *(name):* COSTCO WHOLESALE CORPORATION, business entity form

[✓] Does 1 to 50

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* November 1, 2020
at *(place):* Costco at 13463 Washington Blvd., Marina Del Rey, CA 90292.

*(description of reasons for liability):*

On November 1, 2020, at around 4:45 PM, Plaintiff was a paying customer shopping at Defendant COSTCO WHOLESALE CORPORATION'S Marina Del Rey location at 13643 Washington Blvd. She slipped and fell on Avocado Oil which was spilled all over the floor of the aisle.

After, a manager Roberto called for an ambulance which immediately transported her to Southern California Hospital at Culver City LIVE - she sustained severe bodily injuries to her foot, ankle, back, neck, and head.

Plaintiff sustained above-mentioned bodily injuries due to the the incident caused by Defendant's negligence and lack of duty to keep their premises in a reasonably safe condition.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

PLD-PI-001(4)

| SHORT TITLE: HUR v. COSTCO | CASE NUMBER: |
|---|---|

**2**          **CAUSE OF ACTION—Premises Liability**      Page __6__
*(number)*

ATTACHMENT TO   [✓] Complaint    [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

**Prem.L-1.** Plaintiff *(name):* KYUNG HEE HUR, an individual
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* November 1, 2020      plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*

On November 1, 2020, at around 4:45 PM, Plaintiff was a paying customer shopping at Defendant COSTCO WHOLESALE CORPORATION'S Marina Del Rey location at 13643 Washington Blvd. She slipped and fell on Avocado Oil which was spilled all over the floor of the aisle. After, she sustained severe bodily injuries to her foot, ankle, back, neck, and head. Plaintiff sustained above-mentioned bodily injuries due to the the incident caused by Defendant's negligence and lack of duty to keep their premises in a reasonably safe condition.

**Prem.L-2.**   [✓] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*
COSTCO WHOLESALE CORPORATION, business entity form unknown; and

         [✓] Does 1 to 50

**Prem.L-3.**   [✓] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*
COSTCO WHOLESALE CORPORATION, business entity form unknown; and

         [✓] Does 1 to 50

Plaintiff, a recreational user, was [ ] an invited guest [✓] a paying guest.

**Prem.L-4.**   [✓] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*
COSTCO WHOLESALE CORPORATION, business entity form unknown; and

         [✓] Does 1 to 50

   a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
   b. [ ] The condition was created by employees of the defendant public entity.

**Prem.L-5.** a. [✓] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*
COSTCO WHOLESALE CORPORATION, business entity form unknown; and

         [✓] Does 1 to 50

   b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem.L-5.b [ ] as follows *(names):*

Page 1 of 1
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]
**CAUSE OF ACTION—Premises Liability**
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

# EXHIBIT B

CIV-050

**- DO NOT FILE WITH THE COURT-**
**-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Brad Lee, Esq. [SBN: 221050] BRAD LEE, a Professional Law Corporation 3600 Wilshire Blvd., Suite 2210 Los Angeles, CA 90010 | TELEPHONE NO.: (213) 384-2448 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (name): Plaintiff, KYUNG HEE HUR | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: Stanley Mosk

PLAINTIFF: KYUNG HEE HUR
DEFENDANT: COSTCO WHOLESALE CORPORATION, et al.

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

CASE NUMBER: 22STCV32886

To (name of one defendant only): COSTCO WHOLESALE CORPORATION
Plaintiff (name of one plaintiff only): KYUNG HEE HUR, an individual
seeks damages in the above-entitled action, as follows:

AMOUNT

1. **General damages**
   a. [✓] Pain, suffering, and inconvenience ............................................................ $ 100,000.00
   b. [ ] Emotional distress. ....................................................................................... $
   c. [ ] Loss of consortium ....................................................................................... $
   d. [ ] Loss of sociey and companionship (wrongful death actions only) ............... $
   e. [ ] Other (specify) _____ $
   f. [ ] Other (specify) _____ $
   g. [ ] Continued on Attachment 1.g.

2. **Special damages**
   a. [✓] Medical expenses (to date) ........................................................................ $ 17,861.00
   b. [ ] Future medical expenses (present value) ................................................... $
   c. [ ] Loss of earnings (to date) ............................................................................ $
   d. [ ] Loss of future earning capacity (present value) .......................................... $
   e. [ ] Property damage ......................................................................................... $
   f. [ ] Funeral expenses (wrongful death actions only) ......................................... $
   g. [ ] Future contributions (present value) (wrongful death actions only) ........... $
   h. [ ] Value of personal service, advice, or training (wrongful death actions only) ... $
   i. [ ] Other (specify) _____ $
   j. [ ] Other (specify) _____ $
   k. [ ] Continued on Attachment 2.k.

3. [ ] **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify).. $ _____
   when pursuing a judgment in the suit filed against you.

Date: October 11, 2022

Brad Lee, Esq.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov

# EXHIBIT C

**THARPE & HOWELL, LLP**
**15250 Ventura Boulevard, Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**

JOHN K. FLOCK ESQ.; STATE BAR NO.: 200183
Email: jflock@tharpe-howell.com

Attorneys for Defendant,
COSTCO WHOLESALE CORPORATION

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES – STANLEY MOSK COURTHOUSE**

| | |
|---|---|
| KYUNG HEE HUR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 to 50, Inclusive,<br><br>Defendants. | Case No. 22STV32886<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>Complaint Filed: October 7, 2022 |

TO PLAINTIFF KYUNG HEE HUR AND THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE THAT Defendant, Costco Wholesale Corporation ("Defendant") has filed a Notice of Removal of this action in the United States District Court for the Central District of California, Western Division, pursuant to 28 U.S.C. § 1332, 1334, 1441, 1446, and 1452, and as otherwise provided by law.

   A true and correct copy of said Notice of Removal is attached to this notice and incorporated herein by this reference as Exhibit "A", and is served and filed herewith.

/ / /

/ / /

/ / /

/ / /

- 1 -
NOTICE OF REMOVAL TO FEDERAL COURT

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

1  Dated: November 9, 2022                               THARPE & HOWELL, LLP

                                                         By: _____
                                                             JOHN K. FLOCK
                                                             Attorneys for Defendant,
                                                             COSTCO WHOLESALE
                                                             CORPORATION

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and **not a party to this legal action**.

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

**NOTICE OF REMOVAL TO FEDERAL COURT**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Brad Lee, Esq.<br>Calvin Park,, Esq.<br>Brad Lee, a Professional Law Corporation<br>3600 Wilshire Blvd., Suite 2210<br>Los Angeles, CA 90010<br>(213) 384-2448  Phone<br>(213) 384-7477 Fax<br>bradleelaw@gmail.com<br>calvin.bllaw@gmail.com | Attorneys for Plaintiff,<br>KYUNG HEE HUR |

5. a. ___ **By personal service**. I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4.  (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office.  (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

   b. ___ **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

   (1) ___ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

   (2) ___ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Sherman Oaks, California.

c. ___ **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ___ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached to my file copy.

e. _X_ **By e-mail or electronic transmission.** By e-mailing the document(s) to the person(s) at the e-mail address(es) listed in item 4 pursuant to California Code of Civil Procedure Section 1010.6. I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6. I served the documents by the means described in item 5 on *(date): See Below*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 11/9/2022 | Candice VanDeudekom | |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\33000-000\33227\Pleadings\Nt of Removal to Federal Court.docx

- 4 -
NOTICE OF REMOVAL TO FEDERAL COURT

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**
2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.
3. I served copies of the following documents (specify the exact title of each document served):

   **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Brad Lee, Esq.<br>Calvin Park,, Esq.<br>Brad Lee, a Professional Law Corporation<br>3600 Wilshire Blvd., Suite 2210<br>Los Angeles, CA 90010<br>(213) 384-2448  Phone<br>(213) 384-7477 Fax<br>bradleelaw@gmail.com<br>calvin.bllaw@gmail.com | Attorneys for Plaintiff,<br>KYUNG HEE HUR |

5. a. ___ **By personal service**. I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

   b. ___ **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

   (1) ___ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

      (2) ___ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sherman Oaks, California.

c. ___ **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ___ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached to my file copy.

e. **X** **By e-mail or electronic transmission.** By e-mailing the document(s) to the person(s) at the e-mail address(es) listed in item 4 pursuant to California Code of Civil Procedure Section 1010.6. I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6. I served the documents by the means described in item 5 on *(date)*: See Below

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 11/9/2022 | Candice VanDeudekom | _____ |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\33000-000\33227\Pleadings\FEDERAL\Ntc of Removal - Diversity.docx

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221