UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYUNG HEE HUR, an individual,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 to 50, Inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:22−cv−08194 SVW (PCVx)<br><br>**JUDGMENT** |

　　　The motion for summary judgment by defendant COSTCO WHOLESALE CORPORATION ("Costco") came before the Court, the Honorable Stephen V. Wilson, Judge, presiding.  After reviewing and considering the papers and evidence submitted by the parties, the pleadings, and documents on file in this matter, and good cause having been shown, the Court finds there is no triable issue of material fact related to the causes of action brought by Plaintiff KYUNG HEE HUR ("Plaintiff") against Costco.

　　　**IT IS THEREFORE AND HEREBY ORDERED** that Costco's Motion for Summary Judgment is **GRANTED IN ITS ENTIRETY** against Plaintiff and

- 1 -
**JUDGMENT**

**JUDGMENT IS HEREBY ENTERED** in favor of Costco against Plaintiff. Plaintiff shall therefore have and take nothing by way of her Complaint against Costco. Costco shall be entitled to costs of suit pursuant to Rule 54 of the Federal Rules of Civil Procedure, and may apply to tax costs in accordance with Central District Local Rules 54-1 through 54-8.

    **IT IS SO ORDERED.**

Dated: \_\_\_\_June 21\_\_\_\_, 2023     _____
                                               HON. STEPHEN V. WILSON
                                               U.S. DISTRICT COURT JUDGE

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221